99 A.3d 829

**NEW JERSEY DIVISION OF CHILD PROTECTION
AND PERMANENCY, PLAINTIFF–MOVANT, v.
K.N. AND K.E., DEFENDANTS.**

IN THE MATTER OF T.E., A MINOR.

September 25, 2014.

It is ORDERED that the motion for leave to appeal is granted.

99 A.3d 829

**STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
NICOLE GUYETTE, DEFENDANT–PETITIONER.**

September 9, 2014.

ORDERED that the petition for certification is granted, in part, and the matter is summarily remanded to the trial court for reconsideration of sentencing and to specifically address the applicability of aggravating factor two (*N.J.S.A.* 2C:44–1(a)) on this record. Jurisdiction is not retained.

99 A.3d 830

**STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ERIC B. OBUGYEI, DEFENDANT–PETITIONER.**

September 25, 2014.

ORDERED that the petition for certification is granted limited to the issue of whether defendant's sentence was illegal.